# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KORY KLINGSHIRN,

    Plaintiff,

v.                                         Case No: 8:25-cv-1096-WFJ-TGW

TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 28)** that the above-styled action has been settled as to Defendant Trans Union, LLC only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Trans Union, LLC, and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Trans Union, LLC.

**DONE** and **ORDERED** in Tampa, Florida on October 21, 2025.

                                             s/*William F. Jung*
                                             **WILLIAM F. JUNG**
                                             **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record